UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH D. GILBERTI, P.E.,

                Plaintiff,

        -against-

GEORGE W. BUSH, et al.,

                Defendants.

1:24-CV-7880 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

On November 13, 2024, the court received a letter from Plaintiff, advising that he wishes to withdraw this action. (ECF 4.)

The Court grants Plaintiff's request to withdraw this action. The Court dismisses this action without prejudice under Rule 41(a) of the Federal Rules of Civil Procedure.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   November 18, 2024
          New York, New York

                         /s/ Laura Taylor Swain
                             LAURA TAYLOR SWAIN
                       Chief United States District Judge